AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 9 2024

Nathan Ochsner, Clerk

UNITED STATES OF AMERICA
V.
Ricardo Lucio Ibarra

**CRIMINAL COMPLAINT**

Case Number: M-24-2183-M

IAE  YOB: 2000
Mexico

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **December 8, 2024** in **Starr** County, in the **Southern** District of **Texas**

The Defendant being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Roma, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the Defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony).

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Ricardo Lucio Ibarra was encountered by Border Patrol Agents near Roma, Texas, on December 8, 2024. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on December 8, 2024, near Roma, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 2, 2024, through Brownsville, Texas. Prior to Deportation/Exclusion, the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On October 18, 2024, the Defendant was convicted of 8 USC 1324, Transportation/Harboring of Undocumented Aliens, and sentenced to one hundred thirty-five (135) days confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA A. Parcell
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

December 9, 2024  -7:41am

/s/ Juan Mendez-Soto
Signature of Complainant
Juan Mendez-Soto    Border Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer